IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WESLEY MAURICE BUSH, #251500, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:12-CV-742-WKW ) [WO] |
| GARY HETZEL, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On September 13, 2012, the Magistrate Judge filed a Report and Recommendation (Doc. # 8) regarding Plaintiffs' motion to dismiss (Doc. # 6). No timely objections have been filed. Based upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 8) is ADOPTED;

2. This case is DISMISSED without prejudice.

DONE this 3rd day of October, 2012.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE